No. 987.  Cobb v. United States.  C. A. 5th Cir. Certiorari denied.  *C. Anthony Friloux, Jr.*, for petitioner.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States.

No. 988.  Lustiger v. United States.  C. A. 9th Cir. Certiorari denied.  *Burton Marks* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 990.  Joslyn v. Joslyn et al.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.  *Morris Lavine* for petitioner.  *James H. Kindel, Jr.*, and *John W. Armagost* for respondents Joslyn et al.

No. 991.  Joslyn v. Superior Court of California, County of Los Angeles, et al.  Sup. Ct. Cal.  Certiorari denied.  *Morris Lavine* for petitioner.  *James H. Kindel, Jr.*, and *John W. Armagost* for respondents Joslyn et al.

No. 996.  Myzel et al. v. Fields et al.  C. A. 8th Cir.  Certiorari denied.  *Leonard M. Leiman* for petitioners.  *Edward M. Glennon* for respondents.

No. 998.  Wilkins v. United States.  C. A. 4th Cir. Certiorari denied.  *Edward P. Morgan* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Rogovin, Joseph M. Howard* and *John P. Burke* for the United States.

No. 1013.  In re Hutchins et al.  C. A. 3d Cir. Certiorari denied.  *Milton T. Lasher* for petitioners.